**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MATTHEW SHAWN WEST**                                                      **PLAINTIFF**
**ADC #129388**

**v.**                                    **Case No: 4:25-cv-01055-LPR**

**K. EVANS, et al.**                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 10) and the Plaintiff's Objections (Doc. 11).  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Amended Complaint (Doc. 7) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  Plaintiff's Motion for Leave to File Amended Complaint (Doc. 13) is DENIED as moot.[1]  The Clerk is instructed to close this case. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The proposed Amendment would do nothing to change the propriety of a without-prejudice dismissal here.